COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Roberto Amaya Pacas v. The State of Texas

Appellate case numbers:  01-18-01016-CR, 01-18-01017-CR, 01-18-01018-CR

Trial court case number:  1561964, 1561965, 1561966

Trial court:              337th District Court of Harris County

     Appellant Roberto Amaya Pacas filed a motion for en banc reconsideration. The motion is **denied**.


     It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                ☐ Acting individually     ☑ Acting for the Court


Panel consists of Chief Justice Radack, and Justices Keyes, Lloyd, Kelly, Goodman, Hightower, Countiss, and Adams.

Justice Goodman dissents from the denial of en banc reconsideration.

Justice Landau did not participate.


Date: ___December 31, 2020____